JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NIEMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WISE TRAVEL INC. D/B/A SNAPTRAVEL; HUSSEIN FAZAL; HENRY SHI; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 20-05221-AB (PJWx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 14, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE